Application granted.

SO ORDERED.

Hon. Ronnie Abrams
August 25, 2026

**STEVEN BANKS**
***Corporation Counsel***

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: 212) 356-2456

August 24, 2026

**VIA ECF**
Hon. Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Gerschel v. New York City Dep't of Educ.*, 26-cv-2736 (RA)(GS)

Dear Judge Abrams:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks attorneys' fees, costs and expenses for legal work on 16 underlying administrative hearings, as well as for this action.

I write to respectfully request a 30-day extension of Defendant's time to respond to the Complaint, from August 25 to September 24, 2026. Plaintiff consents to this request. The City's internal review process is almost complete, and Defendant expects to be able to present a settlement offer in this case by September 21, 2026. This is Defendant's third request for an extension of this deadline, the first extension having been granted on April 27, 2026 (ECF 9), and the second on May 27, 2026 (ECF 11). Defendant also respectfully requests an adjournment of the joint letter due August 25 until September 24, 2026 as well. We note that most of the IDEA fees-only federal actions that are filed in this District are settled without burdening the Courts with any motion practice, and often without even the filing of a response to the complaint. The parties are hopeful this matter will follow the same course.

Accordingly, Defendant respectfully requests that Defendant's time to respond to the complaint be extended to September 24, 2026, with a joint status letter due that same date.

Thank you for considering this request.

Respectfully submitted,
*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Leif Simonson (via ECF)