**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: 212) 356-2456

September 22, 2026

**VIA ECF**
Hon. Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Gerschel v. New York City Dep't of Educ.*, 26-cv-2736 (RA)(GS)

Dear Judge Abrams:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks attorneys' fees, costs and expenses for legal work on 16 underlying administrative hearings, as well as for this action.

I write to respectfully request a 30-day extension of Defendant's time to respond to the Complaint, from September 24 to October 26, 2026. Plaintiff consents to this request. This is Defendant's fourth request for an extension of this deadline, the first extension having been granted on April 27, 2026 (ECF 9), the second on May 27, 2026 (ECF 11), and the third on August 25, 2026 (ECF 13). Defendant has made an offer of settlement on September 10, 2026, which Plaintiff is considering. The requested extension should allow the parties the necessary time to engage in settlement discussions and hopefully resolve this matter without further burdening the Court. Defendant also respectfully requests an adjournment of the joint letter due September 24 until October 26, 2026 as well.

Accordingly, Defendant respectfully requests that Defendant's time to respond to the complaint be extended to October 26, 2026, with a joint status letter due that same date.

Thank you for considering these requests.

Respectfully submitted,

*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Leif Simonson (via ECF)

Application granted. No further extensions will be granted absent good cause.

SO ORDERED.

Hon. Ronnie Abrams
September 23, 2026